# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 26, 2022
Lyle W. Cayce
Clerk

No. 21-11174

FRANCISCAN ALLIANCE, INCORPORATED; CHRISTIAN MEDICAL AND DENTAL SOCIETY; SPECIALTY PHYSICIANS OF ILLINOIS, L.L.C.,

*Plaintiffs—Appellees*,

*versus*

XAVIER BECERRA, *Secretary, U.S. Department of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

*Defendants—Appellants*,

AMERICAN CIVIL LIBERTIES UNION OF TEXAS; RIVER CITY GENDER ALLIANCE,

*Intervenor Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:16-CV-108

_____

Before ELROD, WILLETT, and ENGELHARDT, *Circuit Judges*.

J U D G M E N T

No. 21-11174

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and DISMISSED IN PART.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.